IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

THE CITY OF CLARKSDALE, MISSISSIPPI, ACTING BY
AND THROUGH THE CLARKSDALE PUBLIC UTILITIES
COMMISSION                                        PLAINTIFF

VS.                          CIVIL ACTION NO.: 2:10CV00068-MPM-DAS

EVELYN L. MASSEY; JOSEPH P. SHERMAN and Wife
AGNES N. SHERMAN; JIMMY RICHARDSON; MELISSA
KING; ALBERT GRATTAFIORI and Wife EVA GRATTAFIORI;
JAMES NORVELL GOODEN and ATHSICIA BURREL HARRY;
BILLY W. LUTTS and Wife JENNIFER LUTTS; CHARLES
GOON; VERNON T. DAVIS And Wife EVA CATHERINE
DAVIS; KEITH A. WILSON, THEODORE STRONG,
SR., and ANGELA R. STRONG; DOROTHY H. MACK;
MICHAEL A. PITTMAN and Wife SHIRLEY W. PITTMAN;
TARMISHA L. HILL and DELVIN HILL, SR.; and
MOLLY TOLAR FRANKS                          DEFENDANTS

JOHN E. CHRESTMAN And Wife BARBARA L.
CHRESTMAN; ANGELO J. BALDUCCI, JR., and
Wife JACKIE A. BALDUCCI; GEORGE
PATRICK DAVIS and Wife LIDA M. DAVIS;
DOROTHY H. MACK; AND CHARLES
GOON                                  DEFENDANTS/CROSS-CLAIMANTS

## ORDER GRANTING STAY

The Court being advised finds:

1. The above referenced Cause was removed to the United States District Court.

2. The separate Mississippi Defendants and the Plaintiff have filed a Motion to Remand.

3. Pursuant to Rule 16(b)(1)(B), the attorney conference and disclosure requirements and all other discovery not relevant to remand shall be stayed.

**IT IS ORDERED**:

The attorney conference and disclosure requirements and all discovery not relevant to remand are stayed pursuant to Local Uniform Civil Rule 16(b)(1)(B).

The parties shall promptly notify the undersigned Magistrate Judge of any Order denying the Motion to Remand and submit an Order Lifting the Stay.

**SO ORDERED,** this 3rd day of June, 2010.

/s/David A. Sanders
**HONORABLE DAVID A. SANDERS
MAGISTRATE JUDGE**